UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No.  24-CR-431-LTS

STEVEN KOTLER,                                                   ORDER

          Defendant.

-------------------------------------------------------x

          Kelley Sharkey, Mr. Kotler's CJA counsel of record, is not available to continue her representation of Mr. Kotler at this time.  **Michael W. Martin** is hereby appointed as CJA counsel for Mr. Kotler, and Ms. Sharkey is relieved of the representation, effective immediately.  Ms. Sharkey is directed to provide the relevant case material to Mr. Martin.  Mr. Martin is directed (1) to consult with Ms. Sharkey, Mr. Kotler, and the Government and (2) to file a notice of appearance and a letter with the Court by **September 6, 2024, at 3:00 p.m.** to advise the Court as to whether the initial pretrial conference, currently scheduled for **September 10, 2024, at 12:00 p.m.**, should be adjourned.  Chambers will provide a copy of this order to Mr. Martin by email.  Mr. Martin is directed to provide a copy of the order to Mr. Kotler promptly.

          SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
       September 4, 2024                            LAURA TAYLOR SWAIN
                                                           Chief United States District Judge

Emailed to:

    Michael W. Martin
    mwmartin@law.fordham.edu