LINCOLN SQUARE LEGAL SERVICES, INC.   Fordham University School of Law   Tel 212-636-6934
150 West 62nd Street, Ninth Floor   Fax 212-636-6923
New York, NY 10023

July 9, 2025

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** *United States v. Steven Kotler and Thomas Goll,* **1:24-cr-00431-LTS**

Your Honor:

    We represent Mr. Steven Kotler in this matter, and, on behalf of all parties, respectfully request a 90-day adjournment of the status conference currently scheduled for July 15, 2025 at 11:00am. ECF No. 40. We understand from Chambers that Wednesday, October 15, 2025 at 11:00am would work for the Court, and all parties are available on this date and time.

    This third adjournment would permit additional time for the government and defense counsel to continue discussions regarding potential pre-trial dispositions. All parties consent to this adjournment request. Defense counsel consent to the exclusion of time under the Speedy Trial Act. There are no other dates that would need to be altered due to this request.

    Thank you for your consideration.

                                                                   */s/ Michael Martin*
                                                                   Michael Martin
                                                                     Ian Weinstein
                                                                     Supervising Attorneys
                                                                     *Attorney for Mr. Kotler*

cc:    Andrew Jones, Esq.
        Benjamin Burkett, Esq.
        Assistant United States Attorneys

        Christopher Wright, Esq.
        Attorney for Thomas Goll
        <u>By: ECF</u>