LINCOLN SQUARE LEGAL SERVICES, INC.
Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023
Tel 212-636-6934
Fax 212-636-6923

July 9, 2026

**Via ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

**Re: *United States v. Steven Kotler, et al.*, 1:24-cr-00431-LTS**

Your Honor:

We write on behalf of Mr. Steven Kotler, who is scheduled to appear before the Court on July 22, 2026, at 2:30 pm, for a pretrial conference. With the Government's consent, we write to request that the Court permit a remote pretrial conference, at least as to Mr. Kotler.

As the Court knows from our prior request in April, travel from Florida, where Mr. Kotler resides, would cause undue hardship at this time. Mr. Kotler, who turns 85 in September, recently underwent a total hip replacement surgery and suffers from osteoarthritis. Transport to New York would cause Mr. Kotler severe physical discomfort and impair his recovery from his hip replacement. In addition to his health and advanced age, Mr. Kotler lacks the financial resources to pay for the transportation and boarding costs affiliated with travel from Florida to New York. Of course, he will do whatever the Court requires, but seeks this accommodation given his extraordinary circumstances.

Mr. Kotler waives his right to be physically present at the pretrial conference and to participate by phone or videoconference, so long as the Court is amenable.

Thank you for your attention to this matter.

Respectfully submitted,
*/s/*
Michael W. Martin
Ian Weinstein
Lincoln Square Legal Services, Inc.
*Attorneys for* Mr. Kolter

For the reasons described above, and because Mr. Kotler waives his right to be physically present at the pretrial conference, the foregoing request is granted. Defense Counsel shall arrange for Mr. Kotler to participate in the conference remotely by Microsoft Teams through a link to be provided to the parties by the Court via email. Defense Counsel is directed to appear in Courtroom 17C no later than that **2:10 pm** to resolve any potential technological challenges in advance of the conference. Defense Counsel is further directed to bring to the conference a completed copy of the Consent to Proceed by Videoconference form, attached as Appendix 1 to the Court's April 15, 2026 Order (docket entry no. 50), for Mr. Kotler. DE 63 resolved.

SO ORDERED.
7/10/2026
/s/ Laura Taylor Swain, Chief USDJ